# In The District Court For The Middle District of Alabama

Jarvis Palmore and the Inmates of the Dothan City Jail et.

-v-

The City of Dothan,
John Powell Chief of Police,
Mammie Grubbs Warden,
Sgt Banks, Sgt Tisdale,
Officer Hess, Officer Thomas,
Officer Beatty, Officer Beck,

RECEIVED
2006 JUN -5 A 9:35
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

1:06CV503-MHT

Civil Action No.

Civil Action Lawsuit
5/28/06

## 1983 Civil Action Complaint

Comes now the plaintiffs in the above style cause and ask this honorable Court to resolve these issues so that equal protection of the law will prevail.

### Jurisdiction

These inmates are housed in the Dothan city Jail in the Houston County of Alabama. Which falls under the jurisdiction of the District Court for the Middle District of Alabama, Southern Division. Thus giving this honorable Court jurisdiction to entertain this Complaint.

## Issue I

Inmates that are arrested and placed in the Dothan city jail are being subjected to cruel and unusual punishment, a violation of the U.S. Constitution and the Alabama Constitution. Once a person has been arrested and taken to the Dothan city jail and cannot make bond for whatever reason they are made to sleep on iron beds without mattresses. The Mattresses are taken at 4:30 A.M. and are not given back until 9:00 P.M. sunday-thursday and at 11: P.M. on Friday and saturday. This is an outrage! A Person is consider innocent until proven guilty. A lot of these people are tax paying citizens that got traffic tickets and don't have the extra money to pay the fines and have to set the fines out.

These people are made to give up their mats everyday 7 days a week, not to mention that a lot of these cases are resolved in favor of the citizen and they are still Misdemeanors. Felonies held at the County don't have their Mattresses taken; Murders, Rapists, and Robbers that are on deathrow are allowed to keep their Mattresses. We understand that the Chief of Police who initated this measure is trying to deter crime, But so was people a 400 years ago when they was burning people at the stake for Practicing witchcraft, you cannot up hold the law by breaking the law.

(3)

## Issue II

Inmates at the Dothan city jail are being subjected to violations of their constitutional rights to Due-Process of the fourteenth amendment. Inmates are being arrested for offenses that we have already paid for or did the time for. What is happening is that once you have been sentenced and you pay your fine or sit out the time for it the Magistrate officer is not taking your name out of the computer, whatever system that they are using is not working. Hundreds of people are being arrested on offenses that have already been taken care of either by paying or by doing the time. One problem is that once you have been released from the city jail you are not given release papers saying that you have completed that sentence. You are released with nothing for your personnel records. People are pick up 5 & 6 years later for offense that they have already completed.

They ask you for proof that you've paid your fines who keeps receipt for that long and if so how long should you have to keep them (forever!) and for those that set it out they didn't receive any proof of completion what should they do. This constitutes a violation of our Due-Process in that once we have completed a sentence we are suppose to receive papers of completion or release and this is not happening and when we are picked up we have no proof.

4)

## Issue III

We the inmates of the Dothan city jail are not being feed a nutricious well balance meal, we receive a vegtable maybe three times a week if we are lucky, no fruits, applesauce maybe twice a week. The Warden and her Sgts. are not checking the food that comes from the Houston County jail to make sure that we are receiving a proper nutricious well balance meal. We have grieved on this to no avail. Federal guidelines are not being met.

## Issue IV

There are certain officers at the Dothan city jail that are abusing their right to prosess a Tazer Gun. The two Sgts. and the four officers that are named in this complaint are always threating the use of the tazer gun against some inmate for no worthy reason. The tazer gun was issued for the protection of the officer against aggressive inmate or inmates that are verbally abusive using profanity. These officer use the taze as an instrument for intimidation, they threaten to shoot inmates for just about anything. Evidently these officers have been told by their superiors that it's ok to do whatever they feel is necessary regardless if it's in complaince with law or not.

## Affidavit Of Hardship

I Farris Palmore, am an inmate at the Dothan city jail, I'm indigent and don't have any money, no bank account, or real property or others securities and ask this honorable court to waive the filing fee. and allow me to file this complaint without paying filing fees.

5-28-06
Date

Farris Palmore
Pro Se

## Penalty Of Perjury

I David Fisher hereby swear under the penalty of Perjury that the foregoing information is true and correct and that any false information would subject me to prosecution under the penalty of Perjury.

5-28-06
Date

Farris Palmore
Pro-Se

## Witnesses

We the inmates of the Dothan city jail have knowledge of the issues stated within and we are willing to testify in open court.

1. Farris Palmore, 506 Bayshore ave. Dothan, al.
2. Oscar White 1700 Hodgesville Rd Dothan al
3. CHRISTOPHER S. BARNES  47 HZLEN ST. COWARTS. AL
4. William Riley 513 Girard Ave Dothan, AL 36303
5. ANTHONY L GILMAN 2390 Denton F806 RD, Dothan AL
6. Anthony Reese 441 E Selma St. Dothan AL 36301
7. William A Bennett 3209 Brill Rd Dothan AL 36303 AL 31701
8. BRIAN SHACK 2233 WESTGATE PKWY WESTGATE VILLAGE APT-D97
9. Johnny Locket 2356 County Rd Abbeville AL
10. Pratice Jackson 599 Ozark Rd
11. Christopher Sistrunk Dothan Al
12.
13.
14.
15.
16.
17.