IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| FARRIS PALMORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.06cv503-MHT |
| | ) | |
| THE CITY OF DOTHAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On 14 June 2006, the Magistrate Judge filed a Recommendation (Doc. #2) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that Plaintiff's motion for class certification (Doc. No. 1) is DENIED.

This case is REFERRED back to the Magistrate Judge for further proceedings.

Done this the 28th day of July, 2006.

      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE